# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA FTEJA,<br><br>    Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No.: 12-cv-1010 YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING** |

On April 4, 2011, Defendant Facebook, Inc. filed its Motion to Transfer Venue, to Dismiss, or for a More Definite Statement. (Dkt. No. 4.) By order entered January 24, 2012 (Dkt. No. 30), the motion to transfer was granted and the instant action was transferred to this district from the Southern District of New York. That order did not address the arguments raised in connection with the motion to dismiss or for a more definite statement.

The matter having now been assigned to this Court, it is ORDERED that a case management conference is set for **Monday, June 11, 2012,** at 2:00 p.m. in a courtroom to be designated.

Defendant Facebook, Inc. is directed to file and serve a responsive pleading **no later than April 2, 2012.**

**IT IS SO ORDERED.**

March 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**