**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUSTAFA FTEJA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No.: 12-cv-1010 YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Defendant Facebook, Inc. filed its Motion to Dismiss or for a More Definite Statement on April 2, 2012. (Dkt. No. 42.) The hearing on that motion is set for May 15, 2012. Plaintiff Mustafa Fteja's opposition was due on **April 19, 2012**. Civ. L.R. 7-3(a).

To date, Plaintiff has failed to oppose the Motion. <u>Plaintiff Mustafa Fteja shall file an opposition to the Motion to Dismiss no later than 14 days from the date this Order is filed. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The Court maintains the current hearing date, but may vacate and re-set the hearing date depending upon whether an opposition and reply are filed.

**IT IS SO ORDERED.**

Dated: April 25, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**