United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUSTAFA FTEJA,<br><br>    Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No.: 12-cv-1010 YGR<br><br>**ORDER DISMISSING FOR FAILURE TO PROSECUTE** |

On April 25, 2012, this Court issued an order (Dkt. No. 48) directing Plaintiff to file an opposition to Defendant Facebook, Inc.'s Motion to Dismiss or for a More Definite Statement within 14 days and warning that "[f]ailure to file an opposition by that date will result in dismissal of the action for failure to prosecute."

To date, Plaintiff has not file an opposition to the motion, or any other document concerning the motion. Therefore, and pursuant to Federal Rule of Civil Procedure 41(b), this action is DISMISSED.

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**